VINCENT PASCO X
APPELLANT X

PD-1471-15 X
X
X
X

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 13 2015

Abel Acosta, Clerk

CoA. No. 05-14-00413-CR
TRIAL CASE No. F-1259001-Y

IN THE COURT OF
CRIMINAL APPEALS
AUSTIN TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

NOV 13 2015

Abel Acosta, Clerk

FIRST MOTION FOR EXTENSION
OF TIME TO FILE PETITION FOR
DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL
APPEALS:

Comes Now, VINCENT PASCO, PETITIONER, AND FILES
THIS MOTION FOR AN EXTENSION OF SIXTY (60) DAYS IN
WHICH TO FILE A (PDR). IN SUPPORT OF THIS MOTION,
APPELLANT SHOWS THE COURT THE FOLLOWING:

I.

THE PETITIONER WAS CONVICTED IN THE No.7 DISTRICT
COURT OF DALLAS COUNTY, TEXAS OF THE OFFENSE OF MURDER
FIRST DEGREE IN CAUSE No. F-1259001-Y. THE PETITIONER
APPEALED TO THE COURT OF APPEALS 5th SUPREME
JUDICIAL DISTRICT. THE CASE WAS AFFIRMED ON
10-26-15

II.

THE PRESENT DEADLINE FOR FILING THE PETITION FOR
DISCRETIONARY REVIEW IS 11-25-15. THE PETITIONER
HAS NOT REQUESTED ANY EXTENSION PRIOR TO THIS REQUEST.

III

PETITIONER REQUEST FOR AN EXTENSION IS BASED UPON THE
FOLLOWING FACTS: PETITIONER WAS NOT INFORMED OF THE
DECISION OF THE COURT OF APPEALS IN AFFIRMING HIS
CASE UNTIL 10-30-15

(1)

Since that time petitioner has been attempting to gain legal representation in this matter. His Atty on the Appeal. Allan Fishburn, has informed petitioner that he will not represent him on the (PDR)

See. ATTACH EXHIBIT A" Judgement from the 5th court of APPEALS OF DALLAS TEXAS.

## Prayer

Petitioner. Appellate prays for (60) Days to Do A (PDR).

Sincerely submitted

Vincent Pace
11-6-15

## Certificate of service

On this 11-6-15 he sent this clerk Abel Acosta His motion first extension to do A (PDR) from Connally Unit 899 FM 632 Kenedy TX 78119

Sincerely submitted

Vincent Pace

11-6-15

(2)

## EXHIBIT A " ATTACH

(1) AFFIRMED APPEAL on October 26, 2015



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

VINCENT PASCO, Appellant

No. 05-14-00413-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 7, Dallas County, Texas
Trial Court Cause No. F-1259001-Y.
Opinion delivered by Justice Schenck.
Justices Lang-Miers and Brown participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 26th day of October, 2015.